**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **BRIAN HANES, MELVIN MUCK, AND WINDALE KNIGHTEN**<br>    **Plaintiffs** | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | **CIVIL ACTION NO.<br>2:11cv-00260-JRG** |
| **NACCO INDUSTRIES, INC., THE NORTH AMERICAN COAL CORPORATION, AND THE SABINE MINING COMPANY,**<br>    **Defendants** | §<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Brian Hanes, Melvin Muck and Windale Knighten (collectively "Plaintiffs"), and Defendants NACCO Industries, Inc., The North American Coal Corporation and The Sabine Mining Company (collectively "Defendants"), pursuant to FED. R. CIV. P. 41, stipulate, subject to the approval of the Court, that:

Plaintiffs' claims brought against Defendants NACCO Industries, Inc., The North American Coal Corporation and The Sabine Mining Company in this lawsuit are dismissed with prejudice.

All counterclaims brought by Defendants against Plaintiff Brian Hanes in this lawsuit are dismissed with prejudice.

This lawsuit is dismissed with prejudice.

All attorneys' fees and costs are borne by the party that incurred them.

DATED: August 8, 2012.

                                          Respectfully submitted,

                                          ERSKINE & McMAHON, L.L.P.
                                          P.O. Box 3485
                                          Longview, Texas 75606

903-757-8435 Office
903-757-9429 Fax

By: /s/ Mark P. McMahon (with permission BAS)
MARK P. McMAHON
Texas Bar No. 13776500
E-Mail:  markm@erskine-mcmahon.com

ATTORNEYS FOR PLAINTIFFS BRIAN HANES, MELVIN MUCK, AND WINDALE KNIGHTEN


/s/ Bruce A. Smith
Bruce A. Smith (Lead Counsel)
State Bar No. 18542800
E-mail: bsmith@wsfirm.com
Thomas W. Reardon, Jr.
State Bar No. 16640500
E-mail:  treardon@wsfirm.com
Ward & Smith Law Firm
P. O. Box 1231
Longview, Texas  75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFFS NACCO INDUSTRIES, INC., THE NORTH AMERICAN COAL CORPORATION AND THE SABINE MINING COMPANY

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 8th day of August, 2012.

                                                /s/ Bruce A. Smith
                                                Bruce A. Smith